JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| FRANCISCO CASTRO LOPEZ,    )<br>           Petitioner,    )<br>                               )<br>       v.                   )<br>                               )<br>JOHN MARSHALL, WARDEN,       )<br>                               )<br>           Respondent.      )<br>                               ) | Case No.  CV 08-04254-MMM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: December 31, 2010

_____
           Margaret M. Morrow
        United States District Judge